

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00922-CR

Michele Valdez **VALDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0909
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 16, 2019.

_____
Patricia O. Alvarez, Justice